UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN ERIC THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 2:12-cv-00168-JMS-WGH |
| | ) | |
| SUPERINTENDENT, | ) | CA #12-3001 |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

      The renewed request to proceed on appeal *in forma pauperis* [14] is **denied** for the same reasons as explained in the order of September 11, 2012. The court adds that the petitioner's prior habeas challenge to the state court conviction for which he is currently confined was resolved on the merits in a prior habeas action and was dismissed with prejudice in *Thomas v. Indiana Attorney General,* No. IP 02-0022-C-H/K (S.D.Ind. February 24, 2003), such that if a coherent habeas petition had been presented in this action that prior litigation would have been a barrier to a renewed challenge. This was precisely the situation which was confronted in No. 2:08-cv-00301-RLY-WGH, which was dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b).

      **IT IS SO ORDERED.**

Date: 09/24/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

John E. Thomas
DOC #137153
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838