# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN ERIC THOMAS, | ) |
|                 Petitioner, | ) |
| vs. | ) No. 2:12-cv-00168-JMS-WGH |
| SUPERINTENDENT, | ) |
|                 Respondent. | ) |

## E N T R Y

This action in which a state prisoner sought a writ of habeas corpus was dismissed for lack of jurisdiction because it was brought after an earlier habeas action had been dismissed on the merits, in *see Thomas v. Indiana Attorney General,* No. IP 02-0022-C-H/K (S.D.Ind. February 24, 2003), and without permission from the Court of Appeals pursuant to 28 U.S.C. § 2244(a) to file second or successive such action.

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing ' 2254 Proceedings, and 28 U.S.C. ' 2253(c), the court finds that the petitioner has failed to show that reasonable jurists would find it Adebatable whether [this court] was correct in its procedural ruling.@ *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The court therefore **denies** a certificate of appealability.

**IT IS SO ORDERED.**

Date: 11/19/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

John E. Thomas
DOC #137153
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838